IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LONNIE EDWARDS )
 )
v. ) NO. 3-14-0618
 ) JUDGE CAMPBELL
RADIOLOGY ALLIANCE, P.C., )
  et al. )

ORDER

Defendant Infinity Management, LLC has filed a Notice of Voluntary Dismissal of Counterclaims (Docket No. 13). Accordingly, Defendant's Counterclaims against Plaintiff (Docket No.10) are DISMISSED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE